CENTER FOR DISABILITY ACCESS
Ray Ballister Jr., Esq., SBN 111282
Russell Handy, Esq., SBN 195058
Dennis Price, Esq., SBN 279082
Amanda Seabock, Esq., SBN 289900
8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
AmandaS@potterhandy.com

Attorneys for Plaintiff, NEHEMIAH KONG

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEHEMIAH KONG,<br><br>     Plaintiff,<br><br>  v.<br><br>MARUMATSU, INC., a California Corporation; and Does 1-10,<br><br>     Defendants. | Case No.: 2:20-cv-07757-PA-AGR<br><br>**NOTICE OF SETTLEMENT** |

The plaintiff hereby notifies the court that a global settlement has been reached in the above-captioned case.

                              CENTER FOR DISABILITY ACCESS

Dated: September 22, 2020     By: /s/ Amanda Seabock
                                  Amanda Seabock
                                  Attorney for Plaintiff